<u>**CERTIFICATE OF SERVICE**</u>

The undersigned does hereby certify that on July 1, 2024, the within **BRIEF IN SUPPORT OF MOTION TO DISMISS** was filed electronically and served via the ECF System on all counsel of record.

<u>/s/ Lyle Washowich</u>
Lyle Washowich