# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELKIN VALLEY BAPTIST CHURCH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:23-cv-1798-NBF |
| ) | |
| PNC BANK, N.A., and ) | Judge Nora Barry Fischer |
| FIRST NATIONAL BANK OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF COURT

AND NOW, this 18th day of September, 2024, upon consideration of the parties' Joint Stipulation to Amend Caption, (Docket No. 48),

IT IS HEREBY ORDERED that the case caption in the above-referenced matter shall be amended to reflect the proper name of Defendant F.N.B. Corporation as First National Bank of Pennsylvania.

By the Court:

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge