IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELKIN VALLEY BAPTIST CHURCH,<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., and<br>FIRST NATIONAL BANK OF PENNSYLVANIA,<br><br>Defendants. | Civil Action No. 2:23-cv-1798-NBF<br><br>Judge Nora Barry Fischer |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, <u>with prejudice</u>, with each party to bear its own costs and fees.

Dated: February 26, 2025

| | |
|---|---|
| The Bartos Group, LLC<br><br>By: /s/ Todd Bartos<br>Todd Bartos, Esq. (PA 84279)<br>630 Janet Ave. Suite A100<br>Lancaster, PA 17601<br>Phone: (717) 514-1491<br>Fax: (717) 758-5232<br>Email: todd@tbg-llc.com<br><br>Attorney for Plaintiff | GRENEN & BIRSIC, P.C.<br><br>BY:   /s/ Jeremy J. Kobeski<br>John B. Joyce, Esquire<br>PA ID No. 68242<br>Jeremy J. Kobeski, Esquire<br>PA ID No. 94503<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222<br>(412) 281-7650<br>jjoyce@grenenbirsic.com<br>jkobeski@grenenbirsic.com<br><br>*Attorneys for Defendant, First National Bank of Pennsylvania* |
| **BALLARD SPAHR LLP**<br><br>*/s/ Thomas F. Burke*<br>Thomas F. Burke (PA 320311)<br>Kelly M. McGlynn (PA 330766) (*admitted pro hac vice*)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: (215) 665-8500<br>burket@ballardspahr.com<br>mcglynnk@ballardspahr.com<br><br>*Attorneys for PNC Bank, N.A.* | **ORDER OF COURT**<br><br>AND NOW, this 28th day of February, 2025,<br><br>IT IS HEREBY ORDERED that the parties' Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) is GRANTED;<br><br>IT IS FURTHER ORDERED that the above-captioned action is voluntarily dismissed, with prejudice and each party to bear its own costs and fees.<br><br>*s/Nora Barry Fischer*<br>Nora Barry Fischer<br>Senior U.S. District Judge |